**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1624**

_____

JAMES THOMAS MARTIN, JR.,

Plaintiff - Appellant,

v.

TOWN OF SUMMERVILLE; NANCY SUMERSETT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:19-cv-00774-RMG)

_____

Submitted: January 31, 2023                    Decided: March 30, 2023

_____

Before QUATTLEBAUM and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Thomas Martin, Jr., Appellant Pro Se. Drew Hamilton Butler, Charleston, South Carolina, Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Martin, Jr., appeals the district court's order granting Defendants' motion for summary judgment on Martin's claims under 42 U.S.C. § 1981 and Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Martin v. Town of Summerville*, No. 2:19-cv-00774-RMG (D.S.C. May 21, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*